## Anna Olbrig, Appellee, v. B. J. Shanley, Appellant.

### Gen. No. 44,882.

Heard in the second division, first district, this court at the October term, 1949. Fred Rohde, for appellant; A. C. Lewis, of counsel; John A. Cooke and Phil S. Roe, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed May 11, 1950; released for publication May 29, 1950.

## Peter R. Lowe, Appellee, v. Ed Franklin and Susie Franklin, Appellants.

### Gen. No. 44,989.

Heard in the second division, first district, this court at the December term, 1949. Royal E. Spurlark, Jr., and Andrew D. Washington, for appellants; Royal E. Spurlark, Jr., of counsel; Heber T. Dotson, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed May 11, 1950; released for publication May 29, 1950.